

**FILED**
4/28/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SERGIO FLORES, aka "Hustle" | Case No.<br><br>Violations: Title 18, United States Code, Section 401(3) |

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

At times material to this Indictment:

1. A grand jury in the Northern District of Illinois was conducting an investigation into possible violations of federal law, including Title 18, United States Code, Section 1959, arising out of a murder and other violent conduct that occurred on or about May 27, 2023 in Chicago, Illinois.

2. On October 1, 2024, the Special April 2024 Grand Jury issued a subpoena for FLORES to testify before the Grand Jury regarding the May 27, 2023 incident.

3. On October 2, 2024, Honorable Manish S. Shah, Acting Chief Judge of the United States District Court for the Northern District of Illinois, issued an order orally pursuant to Title 18, United States Code, Section 6002 compelling FLORES to testify that afternoon before the Special April 2024 Grand Jury regarding the May 27, 2023 incident. FLORES was present when the October 2, 2024 order was issued.

4. On October 2, 2024, Judge Shah issued a written order pursuant to Title 18, United States Code, Section 6002 compelling FLORES to testify. The order stated,

in part, "Sergio Flores shall not be excused from testifying and giving evidence in the proceedings before the Special April 2024 Grand Jury on the ground that the testimony and evidence required of him may tend to incriminate him, and that Sergio Flores shall appear before the said Grand Jury and testify and provide evidence without further asserting there his privilege against self-incrimination."

5. FLORES failed to appear to testify as directed. He was arrested, pursuant to a warrant, on or about November 14, 2024. On or about November 14, 2024, FLORES appeared before Chief Judge Virginia M. Kendall, who ordered FLORES to comply with the court order compelling his testimony before the grand jury.

6. On or about March 5, 2025, FLORES appeared before Chief Judge Kendall, who asked FLORES whether he was continuing to refuse to comply with the court order compelling his testimony before the grand jury. FLORES, through his attorney, informed the Court that he was continuing to refuse to testify and comply with the court order.

7. From on or about October 2, 2024, through on or about March 5, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

SERGIO FLORES, aka "Hustle,"

defendant herein, did commit criminal contempt of the authority of the United States District Court for the Northern District of Illinois by willfully and knowingly disobeying and resisting a lawful order of a Court of the United States, namely, the

2

order issued on October 2, 2024 by the Honorable Manish S. Shah, Acting Chief Judge of the United States District Court for the Northern District of Illinois, by refusing to testify and give evidence as ordered.

In violation of Title 18, United States Code, Section 401(3).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY